Gary-Wheaton Bank, complainant and appellee, v. J. Mitchell Howard et al., defendants and appellees. American Express Company, appellant. Gen. No. 8,741.

Opinion filed January 19, 1934. Rehearing denied and opinion slightly modified May 3, 1934.

Tenney, Harding, Sherman & Rogers, for appellant; Henry F. Tenney, L. Dow Nichol, Jr., and Roger R. Leech, of counsel. Harris, Reinhardt & Bebb, for appellees; Fred W. Reinhardt and Clayton W. Mogg, of counsel.

Mr. Justice Huffman delivered the opinion of the court.

George Hollenbeck, plaintiff in error, v. James E. Bennett et al., defendants in error. Gen. No. 8,574.

Opinion filed February 19, 1934. Rehearing denied April 2, 1934.

Butters & Butters and Arthur H. Shay, for plaintiff in error. Moses, Kennedy, Stein & Bachrach and Duncan & O'Conor, for defendants in error; Walter Bachrach and Philip M. Glick, of counsel.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

George L. Schein, plaintiff in error, v. The Estate of John Dailey, deceased, defendant in error. Gen. No. 8,610.

Opinion filed February 19, 1934.

Shurtleff & Niehaus, for plaintiff in error. Robert N. McCormick, for defendant in error.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

Charles Johnson, appellee, v. Edward A. Mueller, appellant. Gen. No. 8,632.

Opinion filed February 19, 1934.

Faulkner & Faulkner, for appellant. Donovan, Bray & Gray, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.